

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Dearl Dean Guest, Jr., Appellant

No. 06-22-00175-CR     v.

The State of Texas, Appellee

Appeal from the County Court at Law of Bowie County, Texas (Tr. Ct. No. 14M0273-CCL). Memorandum Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We note that the appellant, Dearl Dean Guest, Jr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 15, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk